# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                                **Case No. 6:06-cv-166-Orl-31KRS**

**RAYMOND M. SHARPE,**

        **Defendant.**

_____

## ORDER

Upon consideration of the Motion for Default Judgment (Doc. 9), it is

**ORDERED** that the Motion is GRANTED. The Clerk is directed to enter judgment as outlined in the Motion.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 28, 2006.

                                                                           GREGORY A. PRESNELL
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party